# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00481-CV

**In re Herman Lee Kindred**

### ORIGINAL PROCEEDING FROM BELL COUNTY

### M E M O R A N D U M   O P I N I O N

On June 23, 2016, relator Herman Lee Kindred, an inmate proceeding pro se, filed a petition for writ of mandamus, which this Court denied.[1] In the petition, Kindred had asserted that the County Court at Law No. 2 of Bell County had failed to rule on and forward to this Court an application for writ of habeas corpus that Kindred claimed to have filed in the court below. This Court concluded that Kindred had failed to show himself entitled to the extraordinary relief requested.[2]

Kindred has now filed another petition for writ of mandamus, re-urging the same contentions that he made in his earlier petition. Kindred has again failed to demonstrate that he is entitled to mandamus relief. Accordingly, for the reasons explained in our previous opinion and

---

[1] *See In re Kindred*, No. 03-16-00423-CV, 2016 Tex. App. LEXIS 7099, at *3 (Tex. App.—Austin July 7, 2016, orig. proceeding).

[2] *See id*. at *1-3.

other opinions rejecting similar claims made by Kindred, we deny the petition for writ of mandamus.[3]

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Filed:   July 26, 2016

[3] *See* Tex. R. App. P. 52.8(a); *Kindred*, 2016 Tex. App. LEXIS 7099, at *1-3; *see also Kindred v. State*, No. 03-16-00163-CR, 2016 Tex. App. LEXIS 3399 , at *1-2 (Tex. App.—Austin Apr. 1, 2016, no pet.) (mem. op., not designated for publication); *Kindred v. State*, No. 10-16-00020-CR, 2016 Tex. App. LEXIS 946, at *1-2 (Tex. App.—Waco Jan. 28, 2016, no pet.) (mem. op., not designated for publication).